COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EVELYN R. SILVAGNOLI (J)    CASE NO: 00-4159-SNOW
AUSA: BRUCE BROWN    ATTY: FPO - Patrick Hunt
AGENT: CUSTOMS    VIOL: PWID/IMPORT COCAINE
PROCEEDING I/A ON COMPLAINT    RECOMMENDED BOND 50,000 CORP SURETY
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED ___
    BOND SET @ 50,000.00 CSB

FILED by ___ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.O. OF FLA. FT. LAUD.

    SPECIAL CONDITIONS:
1) To be cosigned by: ___
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: ___

Atty will contact Chambers to schedule bond hearing if necessary.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: ___
    PTD/BOND HRG: ___
    PRELIM/ARRAIGN: July 10, 2000 @ 11:00 BSS
    REMOVAL HRG: ___
    STATUS CONF: ___

Date: 6/27/00    Time 11:00    FTL/LSS TAPE #00- 635    Begin: 1505    End: ___