UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
$\smile o$ -6/?4-$CR$-$\omega$J$F$
CASE NO. 00-4159-SNOW

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVELYN R. SILVAGNOLI,

Defendant.



_____

## DEFENDANT'S INVOCATION OF RIGHTS TO
## SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel

with respect to any and all questioning or interrogation, regardless of the subject matter, including,

but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial

release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to

sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines,

restitution, immigration status or consequences resulting from arrest or conviction; appeals or other

post-trial proceedings.

The defendant requests that the United States Attorney ensure that this invocation of rights

is honored, by forwarding a copy of it to all law enforcement agents, government officials,



or employees associated with the investigation of any matters relating to the defendant. Any contact

with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant
Federal Public Defender
Florida Bar No. 838845
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 29th

day of June, 2000 to Bruce Brown Assistant United States Attorney, Fort Lauderdale, Florida.

Daryl E. Wilcox