| | |
|---|---|
| DEFT: Evelyn Silvagnoli (J)# | CASE NO: 00-6184-CR-Ferguson |
| AUSA: Bruce Brown *present* | ATTNY: FPD Berube |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: ___

FILED by ___ D.C.
- JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA- FT. LAUD.

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
[illegible] remanded
[illegible] Order requested

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:              ✓
STATUS CONFERENCE:    7-27-00        11:00am        BSS
DATE: 7-10-00    TIME: 11:00am    TAPE # 00-055   PG # 6

1055-1140