FILED by _____ D.C.

JUL 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6184-CR-Ferguson

UNITED STATES OF AMERICA

          vs

Evelyn Silvagnoli

ARRAIGNMENT INFORMATION SHEET

       The above named Defendant appeared before Magistrate Judge Barry S.
Seltzer on     7-10-00     , where the Defendant was arraigned and a plea
of NOT GUILTY was entered.  Defendant and court-appointed/retained counsel of
record will be noticed for trial by the District Court Judge assigned to this
case.  The following information is current as of this date:

          DEFENDANT:              Address:_____see bond_____

                                  _____

                                  Telephone:_____

          DEFENSE COUNSEL:        Name:_____FPD_____

                                  Address:_____

                                  _____

                                  Telephone:_____

          BOND SET/CONTINUED:     $_____Cont'd on bond as set_____

Bond hearing held: yes_____  no_____ Bond hearing set for_____

Dated this__10____day of _____July_____, 20_00_.

                              CLARENCE MADDOX, CLERK OF THE COURT,

                              By:_____
                                 Deputy Clerk

                                 Tape No._____00-055_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services