| | |
|---|---|
| DEFT: | EVELYN SILVAGNOLI (no deft) CASE NO: 00-6184-CR- Ferguson |
| AUSA: | Bruce Brown by Bertha Mitrani ATTNY: Robin Farnsworth |
| AGENT: | VIOL: |
| PROCEEDING: | Status Conference BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |
| BOND SET @ | |
| CO-SIGNATURES: | |
| SPECIAL CONDITIONS: | Discovery Out / no motions pending / Parties discussing Plea Agreement. |

FILED by ___ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses:
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: July 25, 2000 TIME: 11:00 A.M. TAPE # 00-059 PG #