UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6184-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

EVELYN SILVAGNOLI,

    Defendant.
_____/

FILED by _____ D.C.

JUL 26 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 25, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require three days to try.

2. Defense counsel concurred with the Government's assessment. Counsel further represented that this matter is likely to be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 25th day of July 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Bruce Brown, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant