UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6184-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EVELYN SILVAGNOLI,

Defendant.

_____/



## DEFENDANT'S OBJECTION TO THE PRE-SENTENCE INVESTIGATION REPORT AND MOTION FOR DOWNWARD DEPARTURE

The Defendant, EVELYN SILVAGNOLI, through undersigned counsel, files her objection

to the Pre-sentence Investigation Report (PSI) and respectfully moves for a downward departure

from the otherwise applicable guideline offense level, and in support thereof, the defendant states:

### OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

#### Role Adjustment

Ms. Silvagnoli objects to the Probation Officer's failure to recommend a role reduction

pursuant to USSG § 3B1.2(b), which states: "If the defendant was a minor participant in any

criminal activity, decrease by two levels." The accompanying commentary to § 3B1.2 states that

a minor participant means "any participant who is less culpable than most other participants, but

whose role could not be described as minimal." USSG § 3B1.2, comment. (n.3) Ms. Silvagnoli

respectfully submits that he is entitled to a 2 level minor role reduction.

The offense conduct section of the PSI establishes that Ms. Silvagnoli was no more than a courier. A man who Ms. Silvagnoli only knows as "Dred" told Ms. Silvagnoli she could make a lot of money if she would travel to Jamaica and bring back drugs. Dred told Ms. Silvagnoli that the amount of money she would be paid would be based upon the amount of drugs she brought back. With no permanent place to stay and in dire need of money, Ms. Silvagnoli agreed to Dred's proposal. However, Ms. Silvagnoli did not know whether she would have to bring back cocaine or marijuana. Dred paid for the travel and accommodations, and on June 23, 2000, Ms. Silvagnoli and co-defendant Tanisha Hope arrived in Jamaica.

Upon their arrival in Jamaica, an unknown male met Ms. Silvagnoli and Ms. Hope at the airport and took them to a hotel. During their stay in Jamaica, the man who met them at the airport would stop by the hotel and make sure that they had something to eat. On the day they were supposed to leave, the man gave them the cocaine and instructed them how to conceal it on their bodies. Ms. Silvagnoli and Ms. Hope were arrested by Customs agents when they arrived at the Fort Lauderdale-Hollywood International Airport.

Ms. Silvagnoli's status as a courier does not presumptively preclude her from being considered as a minor participant. See United States v. De Varon, 175 F.3d 930, 943 (11th Cir 1999). In determining whether a drug courier is entitled to a role reduction, the district court should consider the following: the amount of drugs, the fair market value of the drugs, the defendant's equity interest in the drugs, the defendant's role in planning the criminal scheme, and role in the distribution. See Id. at 945.

In this case, Ms. Silvagnoli was recruited as a drug courier for a single smuggling transaction. Ms. Silvagnoli did not participate in the planning of the smuggling transaction. Ms.

2

Silvagnoli was not the supplier of the cocaine and did not participate in the packaging of the cocaine. Ms. Silvagnoli was to have no role in the distribution of the cocaine after she delivered the cocaine to Dred. Ms. Silvagnoli was not even aware of how much she was going to be paid for her role in the offense. Accordingly, Ms. Silvagnoli is less culpable than Dred and the man in Jamaica who supplied her with the cocaine. Therefore, Ms Silvagnoli is entitled to a two level offense reduction pursuant to USSG § 3B1.2.

## MOTION FOR DOWNWARD DEPARTURE

Ms Silvagnoli respectfully moves for a downward departure from the otherwise applicable guideline offense level because of her diminished mental capacity pursuant to USSG § 5K2.13, p.s. A sentence below the applicable guidelines may be warranted if the defendant committed the offense while suffering from a significantly reduced mental capacity. USSG § 5K2.13. "Significantly reduced mental capacity" means the defendant, although convicted, has a significantly impaired ability to understand the wrongfulness of the behavior comprising the offense or to exercise the power of reason. See USSG, comment. (n.1). This case warrants a downward departure.

Ms. Silvagnoli suffers from depression. See PSI ¶¶ 41- 43. In November, 1999 Ms. Silvagnoli had a still born child. Attached as defendant's exhibit A are medical records provided by the Records Custodian at Broward General Medical Center. Ms Silvagnoli was unable to cope with the still birth and was forced to undergo psychological evaluations pursuant to the State of Florida Involuntary Commitment Statute. Ms. Silvagnoli was referred to Henderson Mental Health Center where she was diagnosed as having a major depression episode. Attached as defendant's exhibit B are records provided by the Records Custodian at Henderson Mental Health Center. Ms. Silvagnoli

3

is currently being treated for her depression by Dr. Perez at the psychology unit at the Federal Detention Center and is taking prescribed medication. See PSI ¶ 43.

At the time of this offense Ms. Silvagnoli was unemployed with no permanent residence and suffering form depression. Ms. Silvagnoli was a vulnerable and an easy target for recruitment as a drug mule.       The Sentencing Guidelines expressly encourages district courts to consider whether the defendant suffered from a "significantly reduced mental capacity"at the time of the offense when deciding whether to grant a downward departure. See United Sates v. Steele, 178 F.3d 1230, 1240 (11th Cir. 1999). The ultimate goal of § 5K2.13 is to treat with lenity those individuals whose reduced mental capacity contributed to the offense. United States v. Chatman, 986 F.2d1446, 1452 (D.C. Cir. 1993). Because Ms. Silvagnoli's reduced mental capacity undoubtedly contributed to her participation in the instant offense, this Court should impose a sentence below the otherwise applicable guideline range. See United States v. Blake, 89 F.Supp.2d 328 (E.D. N.Y. 2000); United States v. Herbert, 902 F. Supp. 827 (N.D. Ill. 1995); United States v. McMurray, 833 F.Supp. 1454 (D. Neb. 1993).

In the Blake case, the defendant pled guilty to attempted bank robbery. During the course of the attempted robbery, the defendant stabbed a bank teller. Blake, 89 F.Supp.2d at 330. The defendant had a history of psychiatric problems, domestic abuse, suicide attempts and had been diagnosed with depression. Id at 333. The Blake Court found that the defendant was suffering from a mental illness at the time of the offense and granted a downward departure pursuant to USSG § 5K2.13. Id. at 338-39.

Similar to the defendant in the Blake case, Ms. Silvagnoli has a history of psychiatric problems, childhood abuse and suicidal ideation. See PSI ¶¶ 41-43. Ms. Silvagnoli respectfully

4

request that this Court adopt the rationale of the Blake court and grant her a downward departure

pursuant to USSG § 5K2.13.

## Conclusion

Ms. Silvagnoli respectfully requests that this court sustain her objections to the Pre-sentence

Investigation Report and grant her Motion for Downward Departure and impose a sentence which

is consistent with the facts and arguments set forth above.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 112
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this  _17th_

day of November, 2000 to Assistant United States Attorney Bruce Brown, 500 E. Broward

Boulevard, 7th Floor, Fort Lauderdale, Florida 33301; Karen J. Howard, United States Probation

Office, Room 315, United States Courthouse, 300 N.E 1st Avenue Miami, Florida 33132-2126; and

Stuart Adelstein, Esquire, 1435 South Miami Avenue, Miami, Florida 33130.

_____
Daryl E. Wilcox

S:\WILCOX\silvagnol\OBJ-PSI.wpd

5

BROWARD GENERAL MEDICAL CENTER
1600 S. ANDREWS AVENUE FT., LAUD., FL  33316

Physician Attestation                    11-12-1999

Name: SILVAGNOLI, EVELYN                      MR#:  706235
Visit Type:  I      Inpatient                 Acct#: 192829976
------------------------------------------------------------------------
Admit Date:      11-01-1999  Birthdate:  06-07-1972  Sex:  F      Female
Discharge Date:  11-07-1999  Age:        27          DR:   092851 GARDY, HARVEY H MD
Discharge Status: HR         Birth Wght:           Payor: S    MEDICAID
Secondary Payor:

DRG:  370  CESAREAN SECTION W CC

LOS:      6 days      Trim Point:      days      Weight:  1.0974
GMLOS:  4.40 days      Outlier:         days      Payment:      $6,241.92
                                                  Charges:
------------------------------------------------------------------------
Admit Dx:
 V22.1      SUPERVIS OTH NORMAL PREG

DIAGNOSES:

Principal Dx:
 648.01     DIABETES-DELIVERED

Secondary Dx:
 656.81     FET/PLAC PROB NEC-DELIV
 663.31     CORD ENTANGLE NEC-DELIV
 250.03     DIAB UNCMP IDDM UNCONTRL
 682.2      CELLULITIS OF TRUNK
 680.2      CARBUNCLE OF TRUNK
 V27.1      DELIVER-SINGLE STILLBORN

ICD9 PROCEDURES:                   Ep#   Dr.    Name                  Date

 74.1  LOW CERVICAL C-SECTION       1    092851 GARDY, HARVEY H MD    11-01-1999

I certify that the narrative descriptions of the principal and secondary diagnoses and
the major procedures performed are accurate and complete to the best of m

PHYSICIAN'S SIGNATURE:_____DATE:____
              GARDY, HARVEY H MD

DEFENDANT'S
EXHIBIT
A

**CHECK HOSPITAL LOCATION**

| NORTH BROWARD HOSPITAL DISTRICT | BROWARD GENERAL MEDICAL CENTER 1625 SE 3rd ST FT. LAUDERDALE, FL 33316 | NORTH BROWARD MEDICAL CENTER 201 SAMPLE RD POMPANO BEACH, FL 33064 | IMPERIAL POINT MEDICAL CENTER 6401 N. FEDERAL HWY FT. LAUDERDALE, FL 33308 | CORAL SPRINGS MEDICAL CENTER 3000 CORAL HILLS DR CORAL SPRINGS, FL 33065 | INPATIENT ADMISSION RECORD |

| MED. REC. NO. 0 79 63 34 | RE-ADMIT | DIST. CODE 312 | NBHD RES | HCI # | SMIN-SM U | PATIENT NO. 192829974 | ADMISSION DATE 11/01/99 | TIME 13:00 | ADMITTED BY LOPLER |

| ROOM, BED 09 2002 | A.T. S | HOSP. SER. MED | ADMITTING PHYSICIAN LGERT HARVEY H | | DR. NO. 09 3851 | F.C. S | INS. PLANS 3 | DISCHARGE DATE | TIME | L.O.S. |

| PATIENT NAME (LAST) STUBBROGLI | (SUFF.) | (FIRST) EVELYN | (INIT.) | LOCAL ADDRESS FT LAUDERDALE 2390 SW 7TH AVE 16 | | | FL 33312 | PHONE (954) 000-0000 |

| PERMANENT ADDRESS FT LAUDERFIALE FL 33312 | PHONE (954) 000-0000 | PREVIOUS (A.K.A.) NAME | PRIOR REG. DATE 06/01/98 | E.T. |

| OUT OF COUNTRY ADDRESS | BIRTHPLACE NEW YORK | BIRTH DATE 06/07/1972 | AGE 27 | S/M F/B | S/R 1 | E.R. NO. 0 |

| ADMITTING DIAGNOSIS LABOR CIRCLE | DX CODE | SS NO. (PATIENT) 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 |

PLEASE LIST ALL CONDITIONS FOR WHICH THE PATIENT RECEIVED ACTIVE TREATMENT DURING THIS HOSPITAL STAY

|  | CODES |
|---|---|
| **PRINCIPAL DIAGNOSIS** (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the Hospital. | |
| Secondary Diagnoses | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **PROCEDURES** | |
| | |
| | |
| | |
| | |
| | |
| | |

| CONDITION ON DISCHARGE | DRG. |
|---|---|
| ☐ Recovered ☐ Improved ☐ Not Improved ☐ Not Treated ☐ Diagnosis Only ☐ Expired ☐ Autopsy | |

**DISCHARGE DISPOSITION**
☐ Home ☐ Nursing Home ☐ Other Acute Care Facility ☐ Exempt Unit ☐ Home Health Agency ☐ Left AMA

CONSULTANTS:

"I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge."

SIGNED: _____ ATTENDING PHYSICIAN

DATE: _____

**DISCHARGE INFORMATION FORM**

BROWARD GENERAL MEDICAL CENTER

PHYSICIAN CERTIFICATION

(MEDICAID ADMISSIONS)

PHYSICIAN CERTIFICATION

MEDICAL RECORD NUMBER ___70__62__35__

DATE OF ADMISSION _____11/1/99_____

This is to certify that inpatient hospital services
are or were needed.

__11/1/99__          _____
Date                 Physician

Required by code of Federal Regulations
42 CFR 456.60 Subpart C

PHYSICIAN CERTIFICATION

Silvagnoli, Evelyn

At the North Broward Hospital District we recognize that patients have rights and responsibilities. This form will help us understand which decisions you may have made about your care before today.

## ADVANCE DIRECTIVE INFORMATION
☑ **I have** received the hospital's information about advance directives.

## OPTIONAL INFORMATION: PLEASE CHECK ALL THAT APPLY
### LIVING WILL
☐ **I have** a Living Will (include copy)
☑ **do not** have a Living Will

### HEALTH CARE SURROGATE
☐ **I have** designated a Health Care Surrogate (include copy)
☑ **I have not** designated a Health Care Surrogate

### DURABLE POWER OF ATTORNEY
☐ **I have** created a Durable Power of Attorney (include copy)
☑ **I have not** created a Durable Power of Attorney

### HRS/DO NOT RESUSCITATE FORM
☐ **I have** an HRS/Do Not Resuscitate Form (Include copy)
☑ **do not** have an HRS/Do not Resuscitate Form

### OTHER INFORMATION
**GUARDIAN APPOINTED**
☐ A guardian **has been** appointed who has authority to make health care decisions (include copy)
☑ A guardian **has not been** appointed

### ORGAN DONATION
☐ **I have** elected to donate organs (include copy)
☑ **I have not** elected to donate organs

**IF YOU WOULD LIKE MORE INFORMATION ON ANY OF THESE TOPICS PLEASE ASK YOUR NURSE.**

Signature of patient _____   Date 11/01/99
Or
Name of person giving information _____   Date _____
Witness to signature/Hospital Representative  K Gekalok, RN   Date 11/01/99

## UNABLE TO PROVIDE INFORMATION AT REGISTRATION
**REASON:**

Hospital Representative Signature _____   Date _____  Time _____

I have reviewed this form and have initiated follow up if indicated.

RN Signature  K Gekalok, RN

ADDRESSOGRAPH
0920-07
11/01/99

★ North Broward Hospital District
ADVANCE DIRECTIVE/GUARDIANSHIP INFORMATION
900198  ☐ BGMC ☐ NBMC ☐ IPMC ☐ CSMC

**CHECK HOSPITAL LOCATION**

| | | | |
|---|---|---|---|
| BROWARD HOSPITAL DISTRICT | ▷ BROWARD GENERAL MEDICAL CENTER 1625 SE 3rd St FT LAUDERDALE, FL 33316 | ▷ NORTH BROWARD MEDICAL CENTER 201 SAMPLE RD. POMPANO BEACH, FL 33064 | ▷ IMPERIAL POINT MEDICAL CENTER 6401 N. FEDERAL HWY FT. LAUDERDALE, FL 33308 | ▷ CORAL SPRINGS MEDICAL CENTER 3000 CORAL HILLS DR CORAL SPRINGS, FL 33065 |

**INPATIENT ADMISSION RECORD**

| MED. REC. NO. 0 70 62 35 | RE-ADMIT | DIST. CODE 312 | NBHD RES | HCI # | SM/N-SM U | PATIENT NO. 192829976 | ADMISSION DATE 11/01/99 | TIME 13:00 | ADMITTED BY LOPEB1 |
|---|---|---|---|---|---|---|---|---|---|

| ROOM-BED 092002 | LAT S | HOSP. SER OBD | ADMITTING PHYSICIAN GARDY HARVEY H | OR NO 092851 | F.C. S | INS. PLANS 2 | DISCHARGE DATE NOV 07 1999 | TIME | LOS 6 |
|---|---|---|---|---|---|---|---|---|---|

| PATIENT NAME (LAST) SILVAGNOLI , (SUFF) (FIRST) EVELYN (INIT.) | LOCAL ADDRESS 2780 SW 7TH AVE #A FT LAUDERDALE FL 33312 | PHONE (954)000-0000 |
|---|---|---|

| PERMANENT ADDRESS 2780 SW 7TH AVE #A FT LAUDERDALE FL 33312 | PHONE (954)000-0000 764-7697 | PREVIOUS (A.K.A.) NAME | PRIOR REG. DATE 06/01/98 | E.T. |
|---|---|---|---|---|

| OUT OF COUNTRY ADDRESS | BIRTHPLACE NEW YORK | BIRTH DATE 06/07/1972 | AGE 27 | S/M F/S | S/R 1 | E.R. NO. 0 |
|---|---|---|---|---|---|---|

| ADMITTING DIAGNOSIS LABOR CHECK | DX. CODE | SS NO. (PATIENT) 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 |
|---|---|---|

| PATIENT EMPLOYER UNEMPLOYED | OCCUPATION | RELATIONSHIP | RELIGION-CODE-NAME CHR - CHRISTIAN |
|---|---|---|---|

| PATIENT EMPLOYER | ADDRESS | PATIENT EMPLOYER PHONE ( ) - |
|---|---|---|

| SPOUSE/NEXT OF KIN NAME MARSHALL ,ZELLA | RELATIONSHIP NON-RELATI | ADDRESS | PHONE (954)717-8497 |
|---|---|---|---|

| EMERGENCY CONTACT'S NAME | RELATIONSHIP | ADDRESS | PHONE ( ) - |
|---|---|---|---|

| GUARANTOR NAME (LAST) SILVAGNOLI (SUFF) (FIRST) ,EVELYN (INIT.) | GUARANTOR'S ADDRESS 2780 SW 7TH AVE #A FT LAUDERDALE FL 33312 | GUARANTOR PHONE (954)000-0000 |
|---|---|---|

| GUARANTOR'S EMPLOYER NAME UNEMPLOYED | GUARANTOR'S EMPLOYER ADDRESS |
|---|---|

| SS NO. (GUARANTOR) 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 | RELATIONSHIP TO PATIENT PATIENT | EMPLOYER PHONE NUMBER ( ) - | GUARANTOR OCCUPATION |
|---|---|---|---|

| PRIMARY INSURANCE M'CAID 21 & OVER | POLICY NUMBER 7482044230 | GROUP NUMBER | RELATIONSHIP PATIENT | POLICY HOLDER'S NAME 1. |
|---|---|---|---|---|
| | | IP AUTH# | | |
| | | OP AUTH# | | |
| S33 | | ER AUTH# | | H.I.B. # |

| SECOND INSURANCE SELFPAY | POLICY NUMBER 082580697 | GROUP NUMBER | RELATIONSHIP PATIENT | POLICY HOLDER'S NAME SILVAGNOLI ,EVELYN |
|---|---|---|---|---|
| | | IP AUTH# | | |
| | | OP AUTH# | | QA |
| P99 | | ER AUTH# | | ASSEMBLE ML |

| THIRD INSURANCE | POLICY NUMBER | GROUP NUMBER | RELATIONSHIP | POLICY HOLDER'S NAME ANALYZE ML |
|---|---|---|---|---|
| | | IP AUTH# | | |
| | | OP AUTH# | | CODE SD |
| | | ER AUTH# | | FINAL CHK. ML |

| FINANCIAL REMARKS ARRIVED VIA FIRE RESCUE, HERE FOR LABOR CH | ECK, M'CAID PER HDX, ALL FORMS |
|---|---|

SIGNED, JL          REG M'CAID PER HDX 11/1/99 JL- ----------------

| ACCIDENT PLACE | TYPE | DATE / | TIME | POLICE/RESCUE SQUAD AT SITE | PAY SCALE TR= | RESP. CODE |
|---|---|---|---|---|---|---|

| DEPOSIT REQUESTED | COURTESY CARD # |
|---|---|

| DEPOSIT PAID | ADDITIONAL VISIT COMMENTS: |
|---|---|

Renal. M. Jarn

CHART COPY

REMARKS

TYPE OF DELIVERY:

11/01/99 FROM 2368,ADREGSF1

Date __11/2/99__

ACCM/Beeper _Sandi Galder RN_
887-5097

**MENTAL STATUS**
- [x] Alert/Oriented
- [ ] Confused
- [ ] Unresponsive
- [ ] Other _____

**PRIMARY HEALTH CARE**
- [ ] Active   [ ] Enrolled   [x] N/A

**SOURCES OF PAYMENT**
- [ ] Medicare   [x] Medicaid Supp.
- [ ] HMO/PPO   [ ] Prior HMO Enroll
- [ ] Self Pay   [ ] FFS
- [ ] Employed   [ ] Unemployed

**ADVANCED DIRECTIVES**
- [ ] Yes   [x] No   [ ] On Chart

Facesheet Information Verified _yes_
Anticipated Length of Stay _____
Clinical Path Available _____

**RELIGION** _Christian_

**PREVIOUS CARE**
Hospitalized Last 12 Months _Ø_
Home Health _____
Community Agencies _____

**SIGNIFICANT OTHERS**
Name _Lella Murshall_   Relationship _717-8497_
Lives Alone _____
Lives With _Boyfriend  mother_

**DISPOSITION**
- [ ] Do not anticipate further service will be needed at this time.
- [x] Patient/family/ACCM feel service may be required.
- [ ] Will await physician referral for follow-up.
- [x] Referred to Social Service   Date _11/2_   Time _10 am_
- [ ] Transportation _____

**COMMENTS:** (Include initial D/C plan) (1+2) 27 y.o. female admitted in labor check
pt had c-section c̄ fetal demise. Mother
uncontrolled diabetes. Newcheck c̄ coverage continues
wound clean, receiving insulin BID. Groin
area c̄ pustules c̄ erythema. Autopsy of baby advised
pt very depressed this is her 6 pregnancy and none
have survived SI/TS endocrine, GYN.
Labs 11/1/99 Na 136, CO₂ 21, glucose 28, alb 3.2 A/G ratio .7
alk phos 127. I will follow c̄ Social Worker Jim
Nice (Mary)
Sandi RN

---

**NORTH BROWARD HOSPITAL DISTRICT**
**Acute Care Case Manager**
**Initial Assessment Form**

P-6108  2/832 · 5/95

ADDRESSOGRAPH
Silvagnoli, Evelyn
MR 070c 235
FIN 192829976

BROWARD GENERAL MEDICAL CENTER
SOCIAL SERVICE DEPARTMENT

Silvagnoli, Evelyn **PATIENT**          4012' **ROOM**          076235 **MED. REC. NO.**

DATE: 11/2/99   REASON FOR ADMISSION: fetal demise

Mother's Name: Silvagnoli, Evelyn          Age: 27

Father's Name _____          Age: _____

Clinic / Dr.: Hn Are          EDC: 12/2/99   Prenatal Hx: 94 ___ h3 LCC

Previous Pregnancies 3 miscarriages

Complications: Mabttlc coalin dependent.

What Brought Mother To Hospital: _____

Psychosocial Assessment: S. Wonker interviewed young single
Caucasion female. (M) indicates a
history of miscarriage & states she
has had 3 failed pregnancies in the
first trimester. There fore, states she
is familiar w/ the failure & loss
but states this is very different.
S. Worked gave support and validated
her feelings. S. Worker explained
the grief process and the various
feelings she may feel and to allow
her friends & family to be there
as support for her. (M) expressed
her feelings & not wanting to think
about the baby. S. Worker inquired
about her support systems. (M) reports

P-2317 - 100/755 - BGMC - Social Serv. 11/92          **SOCIAL SERVICE DEPARTMENT**

**BROWARD GENERAL MEDICAL CENTER**

PATIENT: Silvagnoli, Evelyn

ROOM: 4012

SOCIAL SERVICE DEPARTMENT

Med. Rec. No.: 0706235

CASE MANAGEMENT (continued)

The father of the baby is in jail he
apparently went in Luke ago and is
not allowed to receive phone calls.
reports that her father & sister were
on their way to visit her from
West Palm Beach. ⓟ also stated
that her cousin was w/ her after
she delivered. States she will be
moving in w/ her when she is discharge
and that is she very supportive.
She is currently living w/ her boyfriend's
mother and does not get along very
well w/ her. S. Worker referred ⓟ
to a few support grps ⓟ stated she
would be interested in attending a
grp. Social Worker also gave
ⓟ a list of burial options. ⓟ
recieved her grief box. ⓟ was
informed of S. Work availability.

Mary Bralive USW

BGMC soc.serv. rev. 1/84   PS 392

**SOCIAL SERVICE RECORD**

**BROWARD GENERAL MEDICAL CENTER**

PATIENT: Silvagnoli, Evelyn

ROOM: 4012

SOCIAL SERVICE DEPARTMENT

Med. Rec. No.: 0706235

**CASE MANAGEMENT** (continued)

11/4/99 Pt. contacted Social Worker w/ concerns re: burial. Pt. states she does not want to cremate her baby, but she has limited funds requested s. worker to find reasonable funeral home for burial services. S. Worker called 6 different funeral homes the most inexpensive rate quoted was Fred Hunter's contact person Kevin Lovin states viewing w/ services funeral w/ services burial spot open/closing cost & death certificate for 658.94. S. Worker met w/ pt. referred her to Fred Hunter's s. worker relayed all the info gathered explained the services that would be offered pt. accepted referral stated she would follow-up re: specifics. S. Worker informed pt. of s. work availability could continue to give support.

M. Cruz Thea MSW

**SOCIAL SERVICE RECORD**

ADDRESS: 2780 SW 7 Ave # A  PHONE #: NA

FATHER or SUPPORT PERSON: Zella Marshall

DATE 11-1-99

Date of Expiration  11-1-99

Diagnosis: uncomplicated pregnancy @  35 wks

Type of Loss:

Miscarriage _____ Stillborn ✓

Weight  9/bs _____ Sex  F

Named:  Yes  ✓  No _____ Name: _____

Saw Baby at Birth and/or After Delivery:

Mother _____ ✓ _____ Father _____ Other  cousin

Held/Touched Baby:              Yes  ✓  No _____

Priest, Minister or Rabbi Called:   Yes _____ No _____

Present for Prayer:            Yes _____ No _____

Name:: _____

Social Service Notified:       Yes  ✓  No _____

Post Partum Room and
Chart Identified:             Yes  ✓  No _____

| Memory Packet: | Given To Parents: | Kept on File |
|---|---|---|
| 1. Polaroid Picture | ✓ | |
| 2. Bracelet on fetus | | ✓ |
| 3. Footprints/Certificate | P.T. ✓ | ✓ |
| 4. Lock of Hair | ✓ | |
| 5. Baptismal Care | | ✓ |

Literature Given:           Yes ✓  No _____

Mortician Request Completed:   Yes ✓  No _____

Autopsy Requested:          Yes ✓  No _____

Resource Group Information Given:  Yes ✓  No _____

RN Signature: _____ : 1 r : 70

P. Tremellaniki

Addressograph 0920 07

NORTH BROWARD HOSPITAL DISTRICT

Bereavement Checklist

☒ BGMC                    ☐ CSMC

White · Chart    Yellow · File

P2045 - 9/92

MR 0706235    11/01/99
C. SILVACHOLE .EVELYN
06/07/1972 AGE    27  SEX  F
GARDY HARVEY H              OBD
FM  192829976  RES

**AUTHORIZATION TO CALL MORTICIAN/REQUEST AUTOPSY**      4012

Patient's Name __Baby Girl Silvagnoli__ Ilonia Kose Marshall (Girl) Room # _M_ Age _new born_

Date of Expiration _11-1-99_ Time _1850_ Pronounced by _Dr. Welch_

Attending Physician _Dr. Welch_ Phone # _355-5765_ Notified at _____

Consulting Physicians Notified: _Dr. Garay_

Medical Examiner Case  ☐ Yes  ☒ No    Time Notified: _____ Name: _____

Autopsy Requested  ☒ Yes  ☐ No    Pathologist Notified at _____ *Consent Obtained  ☐ Yes  ☐ No

If yes, Autopsy Requisition completed by attending physician ☐ Yes  ☐ No

Organ Donation  ☐ Yes  ☒ No    Form Completed  ☐ Yes  ☒ No

Family Present _Mother_ Notified _____ By Whom _Dr. Garay_

Others Present _Zella Marshall_

Mortician Requested _Avroy FH_ Mortician Phone # _561/287-1717_

*Signature of Person Requesting _Evelyn Silvagnoli_ Relationship _Mom_ Phone # _____

Signature of Witness _____ Second Witness, if telephone release _____

**Personal Effects at Bedside**

List _____

Dentures _____ Disposition _____ Valuables _____ Disposition _____

Glasses _____ Disposition _____ Valuables slip _____ Disposition _____

Signature of Person Receiving Personal Effects and Valuables _____

Signature of Nurse Completing Form _____

**Body Release**

Body Released to _____

Name and Address of Mortuary _Ayrock F/H_

Date _11.7.99_

Time _1220 pm_

★★★
**North Broward Hospital District**
**POSTMORTEM FORM**
**Authorization To Call Mortician/Request Autopsy**
Original · Chart    Pink · Pathology
Yellow · Nursing Administration    Gold · Quality Management Dept
P-5938 · (R) 2/97  2/900  **PS-2157**

0920 07

ADDRESSOGRAPH
11/01/99
SILVAGNOLI ,EVELYN
01/07/1972 AGE    27   SEX F
CARDY HARVEY H                OBD

## AUTHORIZATION/CONSENT FOR AUTOPSY

_Baby Girl Silvagnoli_ (mershal) _(Father's name)_    Date: _11-1_____ 19 _99_
Name of Deceased

_Evelyn B. Selvagnoli_,

as next of kin or legal representative to the deceased, hereby authorize the North Broward Hospital District, its employees, agents, and representatives to conduct a post-mortem examination upon the body of the deceased, including the removal and retention of such organs and parts of such organs and tissues as may be deemed proper by the examining physician in the interests of determining the cause of death and of advancing medical knowledge and progress.

I have been advised that any related costs for autopsy are not covered by medical insurance and I assume financial responsibility for payment of such costs.

Any limitations or restrictions regarding the autopsy procedure are written and initiated by the next of kin or legal representative.

_____

_____

Initial _ES_ next of kin or legal representative

_P. Tremellen_                        _Evelyn B. Silvagnoli_
Witness                                Signature of next of kin or legal representative

                                       _mother_
                                       Relationship

                                       _____

                                       _1118 NE 1st ave, Ft. Laud, Fl. 33304_
                                       Address        10100

                                                       0020 07

**North Broward Hospital District**
**AUTHORIZATION/CONSENT FOR AUTOPSY**

Original · Chart    Pink · Pathology    Yellow · Nursing Administration

P.7709/1 (R) 7/97  2/900    **900555**

ADDRESSOGRAPH
MR 0704235    11/01/99
SILVAGNOLI , EVELYN
06/07/1972  AGE    27    SEX F
GARDY HARVEY H                      OBD
FN 192829976  PES

## AUTOPSY REQUISITION

**\* TO BE COMPLETED BY ATTENDING PHYSICIAN**

**SELECTION CRITERIA:**          Date: _11-1-99_ Time: _____

**MEDICAL STAFF GUIDELINES (please check)**

☒ Unanticipated death
☐ Intraoperative/intraprocedural death
☐ Death within 48 hours of surgery or invasive procedure
☐ Death incident to pregnancy or within 7 days of delivery
☐ Death where cause is sufficiently obscure to delay completion
   of death certificate
☐ Death occurring during treatment on a new therapeutic trial régime
☐ Death of infant or child with congenital malformations ↘
☐ Death on psychiatric service
☒ Death of infant or child where diagnosis is uncertain or
   physician feels that autopsy may help delineate diagnosis
   or add to knowledge necessary for care of patient's family

**AUTOPSY FOCUS (please check)**
☒ Cardiovascular
☐ Pulmonary
☐ Gastrointestinal
☒ Hepatobiliary
☐ Urogenital
☐ Lymphoid
☐ Central nervous system
☐ Other
Autopsy will focus on answering
clinical questions unless otherwise
requested

Suspected cause of death: _Uncontrolled diabetes in mother_

**QUESTIONS THE PHYSICIAN EXPECTS THE AUTOPSY TO ANSWER:**
1. _Reason for severe hepatosp bromegaly (clinical)_
2. _Is there evidence of cardiomyopathy or other cardiac abnormal_
3. _Is there evidence of congestive heart d____ or
   other congenital tenomaly_

**CLINICAL SUMMARY & INFORMATION:**

**CLINICAL DIAGNOSES:**
1. _macrosomia (35 wk gestation,_
2. _hepatosplenomegaly_
3. _Uncontrolled diabetes in
   mother_

**REQUESTS FOR SPECIAL STUDIES:**
☐ Cytogenetics ☐ X-rays ☐ Microbiology
☐ Other _____
Attending Physician: _W H Gardynn_
Phone _355 5676_
Ordering Physician: _Ab Garay_
Phone _355-5676_
Signature _W H Gardynn_
                        _110130_

**North Broward Hospital District**
**AUTOPSY REQUISITION**

Original · Chart      Pink · Pathology      Yellow · Nursing Administration

P.7231/1 · (R)2/97 · 2/900

ADDRESSOGRAPH 920 07

```
MR 0706235    11/01/99
SILVAGNOLI ,EVELYN
06/07/1972 AGE    27  8EX F
GARDY HARVEY H              OBD
FN 192829976 OES
```

Rm:

**SILVAGNOLI, EVELYN**
**MR#:** 706235

**HARVEY H. GARDY, MD**

Date of Admission: 11/01/1999
Date of Discharge: 11/07/1999

**HOSPITAL COURSE:** Miss Silvagnoli is a 27-year-old female who is gravida 2 para 0-0-1-0 at 35 weeks gestation. She had been getting her prenatal care in St Lucie County, however, transferred to us approximately less than two weeks ago. Her blood sugars have been totally out of control. She has been very noncompliant with her diet gaining large amounts of weight and not staying with a diabetic diet. She is a known type 1 diabetic since diagnosed at age 21. She has been suffering for months with recurrent furunculitis and carbuncles of the lower abdomen. Blood sugar on admission was 276.

She was contracting slightly. The fetal hearts were audible, however, on the monitor was very flat tracing was noted with no variability. Patient orders were written for evaluation of the patient regarding the blood sugars, et cetera and insulin to bring the sugars down.

She was scheduled for a cesarean section because of the flat fetal heart tones and Maternal Fetal Medicine consult was obtained and he agreed. However while the patient was being prepped for cesarean section the fetal heart tones were lost.

She was taken immediately back were a stat cesarean section was performed but a stillborn 9 pound fetus at 35 weeks was delivered with massive hepatomegaly filling the entire abdomen down to the pelvic brim.

The patient took this very hard, she asked me to reassure her and control her diabetes. The consult was obtained with Infectious Diseases and with Endocrinology for diabetic control. Autopsy was obtained on the baby.

She was discharged on day sixth postop day to return in one week for a postop check and to follow up with Dr. Jain for diabetic control. It was stressed to her in many discussions the need for her not to get pregnant until she is willing and able to control her diabetes and it was stressed to her.



**Broward General Medical Center**
**Fort Lauderdale, Florida**

**Discharge Summary**
**Page 1**

**ORIGINAL**

Rm:

**SILVAGNOLI, EVELYN**
**MR#:** 706235

**HARVEY H. GARDY, MD**

She was told that we would give her the results of the autopsy when
it was completed, however, there is little doubt that fetal demise
was secondary to totally uncontrolled diabetes mellitus in pregnancy
with perhaps other factors to be determined by autopsy of the fetus.

_____
HARVEY H. GARDY, M.D.

HHG:jad    Job#: 214
D: 12/06/1999 12:39 PM
T: 12/08/1999 08:29 PM
ProTrans, Inc.



Broward General Medical Center
Fort Lauderdale, Florida

**Discharge Summary**
**Page 2**

**ORIGINAL**

AUTHORIZATION FOR **RELEASE** OF INFORMATION

# HENDERSON MENTAL HEALTH CENTER, INC.

### CRISIS WALK-IN CENTER
1404 S. Andrews Avenue
Fort Lauderdale, Florida 33316
Telephone 463-0911

I _Evelyn  Silvagnoli_

Name of Consumer (PLEASE PRINT)

Chart # _____

D.O.B. _6/7/72_

Authorize Henderson Mental Health Center, Inc. to release information concerning my Psychiatric, Psychological, Psychosocial, and Medical Diagnosis.

TO: _Federal  Public  Defenders  Office  Daryl E. Wilcox, Asst._

Name or Person(s), Agencies, Organizations to which information is to be released.

ADDRESS: _____

_____

PURPOSE OF THIS RELEASE: _Verify  that  I  was  treated  at  the  Clinic_

Extent and Type of Information to be disclosed:

| | |
|---|---|
| ✓ Closing Summary | ✓ Psychiatric Eval. |
| ____ Medication Summary/Drug use Profile | ✓ Psychosocial Update/assess |
| ____ Progress Activity Notes | ✓ Psychological Service/report |
| ✓ Ongoing Psychiatric Evaluation | ____ Adult Medical History |
| ____ Treatment Plan | ✓ Screening Form |
| ____ Service Implementation Plan Review | ✓ Consultation Summary Note |
| ____ School Conference Report | ✓ Intake assessment |
| ____ Other: _____ | |

I understand that information concerning my Psychiatric, Psychological, Drug or Alcohol abuse will be released. I also understand that if my medical information contains treatment notes, diagnosis, and/or test results of Acquired Immune Deficiency Syndrome (AIDS) HIV and/or related conditions these medical records shall also be released.

This authorization shall be terminated in 6 months, DATE: _03·15·01_ and is subject to revocation at any time except to the extent that the disclosure has already been acted upon.

X Witness: _____

Date: _10/3/00_

X Signature: _Evelyn R. Silvagnoli_

Consumer/Representative

Date: _10/3/00_

This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The Federal Rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2.

| ☐ NEW VISTAS | ☐ NORTH BRANCH | ☐ CENTRAL BRANCH | ☐ SOUTH BRANCH | ☐ YOUTH SERVICES |
|---|---|---|---|---|
| 5460 No. State Road 7 | 3685 N. Federal Hwy | 330 S.W. 27th Avenue | 1957 Jackson Street | 4720 N. State Road 7 |
| Ft. Lauderdale, FL 33319 | Pompano Beach, FL 33064 | Ft. Lauderdale, FL 33312 | Hollywood, FL 33020 | |
| Tel.: (305) 731-1000 | Tel.: (305) 782-8510 | Tel : (305) 791-4300 | Tel.: (305) 921-2600 | **DEFENDANT'S** |
| Fax: (305) 484-6554 | Fax: (305) 942-1926 | Fax: (305) 791-7079, Consumer Svcs | Fax: (305) 927-2393 | **EXHIBIT** |

☐ PATH PROJECT   1001 S. Andrews Ave. • Ft. Lauderdale, FL 33315 • Tel: (305) 761-1702 • Fax: (305) 761-1334
☐ ADMINISTRATION   4740 N. State Rd. 7 • Suite 201 • Ft. Lauderdale, FL 33319 • Tel: (305) 486-4005 • Fax: (305) 735-6717
☒ CRISIS WALK-IN CENTER   1404 S. Andrews Ave. • Ft. Lauderdale, FL 33316 • Tel: (305) 463-0911

**B**

HENDERSON MENTAL HEALTH CENTER, INC.　[Walk-in]
Crisis Center Clinical Assessment

DATE 03/29/00　　　　　FROM: 10³⁵ (AM) PM　　TO: 11⁵⁵ (AM) PM

CLIENT NAME: Evelyn Silvagnoli　　　　D.O.B.: 06/07/72

REASON FOR CONTACT: 40 Sx of depression due to loss of baby, worried about being B.A.

SUBSTANCE ABUSE HISTORY: None reported.

EVALUATION/CLINICAL SYMPTOMS: 27 y.o. S/H/F who has had previous Tx for depression as an adolescent. Clt currently works F/T and her boyfriend, who is in jail, got another woman pregnant. Clt states she had a stillbirth 5 days this age and has tried to get over it by herself but that the Sx are so bad that she knows she needs help. She reports that she was B.A. by a Dr @ 7th Ave Urgentcare center but upon arrival @ BCMC she was able to leave to seek of care. Clt was alert and O3xs. She was unable to make decision as to what type of care would help her. She reports that her Sx of depression have become progressively worse. They include feeling hopeless, helpless, insomnia, low energy, thoughts about death, crying "at a drop of a hat," not being around people and anhedonia. As she spoke regarding how she has attempted to cope c the loss of her daughter she cried and was unable to stop till the end of the session. She is seeking help to learn how to better cope. Although Clt admits to thoughts of "rather being dead" she clearly denies any plan or intent. Clt denies any Sx of psychosis, OCD or mania.

DIAGNOSIS:　AXIS I (a) Major Depression single episode (296.23)
　　　　　　AXIS I (b) Bereavement (V62.82) (c) Dysthymia (300.4)
AXIS II　Deferred (799.9)
AXIS III　Diabetic　　　　　AXIS IV lack of primary supports　AXIS V 45

CLINICAL DISPOSITION: Referred to Respite; Clt declined and chose II. go to BCMC for vol admission due to her depressive Sx. Clt was also given referral list for bereavement. Peer Counselor Mark F. walked Clt to BCMC. Provided supportive counseling. Clt does not B.A. criteria.

CAPACITY TO CONSENT: ___ YES ___ NO ✓ N/A
SIGNATURE Diane Escobar, MS SCMHP　　　DATE 03/29/2000
SIGNATURE Registered Mental Health Counselor Intern　DATE

CONFIDENTIAL

## HENDERSON MENTAL HEALTH CENTER, INC.    **PROGRESS NOTES**

☐ NORTH  ☐ CENTRAL  ☐ SOUTH  ☐ NEW VISTAS  ☐ PATH  ☐ YOUTH & FAMILY  ☐ HOMELESS  ☐ HENDERSON HOUSE
☐ RAINBOW  ☐ SUMMIT  ☐ PARKSIDE  ☒ CRISIS  ☐ RESPITE  ☐ FORENSIC  ☐ COURT

Consumer Name __Evelyn Sivagnoli__    Medical Record #: _____

| | PROBLEM LETTER | IDENTIFY SERVICE / INTERVENTION AT BEGINNING OF PROGRESS NOTE |
|---|---|---|
| Date 3-30-00 | T, | Clt made (T) to CC and expl'd the following: |
| From 11²⁰ (AM)PM | | She went to BGMC and was not admitted. |
| To 11²⁵ (AM)PM | | She was Rx'd Paxil 20mg and Hydroxyzine |
| Sal Code 750 | | 50mg, and reportedly told to call to |
| Location Code 1 | | schedule a F/U appt. Expl'd to Clt |
| Distance N/A | | need for her to bring in med bottles. |
| Travel Time | | Clt agreed. Told Clt to bring in proof |
| Domain | | of income in order to set-up sliding |
| Group Size | | fee scale. Clt was scheduled a Drs |
| | | appt on 4-3-00 @ 9am. Clt made |
| | | aware of 24/7 availability. —Diane Escobar, |
| | | SCMHP Registered Mental Health Counselor Intern |
| Date | | |
| From AM/PM | | |
| To AM/PM | | |
| Sal Code | | |
| Location Code | | |
| Distance | | |
| Travel Time | | |
| Domain | | |
| Group Size | | |
| | | |
| Date | | |
| From AM/PM | | |
| To AM/PM | | |
| Sal Code | | |
| Location Code | | |
| Distance | | |
| Travel Time | | |
| Domain | | |
| Group Size | | |
| | | |

**LOCATION CODES:**  (1) At Center  (2) Client's Home  (3) General Hospital  (4) Court  (5) Agency/Office C & E  (6) School  (7) Industrial Location  (8) Satellite Location  (9) Other Location  (A) County Health Dept.  (B) Deliquency Facility  (C) Foster Home  (D) DCF  (E) Juvenile Detention Center  (F) Nursing Home  (G) Shelter  (H) State Hospital  (I) Other DCF Provider  (J) CSSU  (K) ACLF  (L) Job Site  (M) Jail



Accredited by CARF .
The Rehabilitation Accreditation Commission"

10/6/00

AGENCY: Federal Public Defender's Office

REFERENCE TO: Evelyn Silvagnoli

INFORMATION SENT:

Medication Sheet          _____

Mental Status .           _____

Progress Notes            3-30-00

Psychiatric Service Request    _____

Psychosocial Eval/
Initial Interview         _____

Update Assessment         5-29-00

Closing Summary           _____

Service Plan              _____

Treatment Plan/
Case Management Summary    _____

Adult/Youth Application

Entire Record (# of pages)    (2 pages)

Psychological Eval.        _____

Other:

Medical Records
Correspondence Dept.

_Tracie Walker_
Release Information
Secretary

---

☒ CRISIS SERVICES CENTER   1404 S. Andrews Ave. • Ft. Lauderdale, FL 33316 • Tel: (954) 463-0911 • Fax: (954) 463-4778

☐ NEW VISTAS            ☐ NORTH BRANCH          ☐ CENTRAL BRANCH        ☐ SOUTH BRANCH          ☐ YOUTH SER
2900 W. Prospect Road   2900 W. Prospect Road   330 S.W. 27th Avenue    1957 Jackson Street     4720 N. State R.
Ft. Lauderdale, FL 33309 Ft. Lauderdale, FL 33309 Ft. Lauderdale, FL 33312 Hollywood, FL 33020   Ft. Lauderdale, F
Tel.: (954) 731-1000    Tel.: (954) 730-HELP    Tel.: (954) 791-4300    Tel.: (954) 921-2600    Tel.: (954) 731-:
Fax: (954) 484-6554     Fax: (954) 677-7555     Fax: (954) 791-7079     Fax: (954) 927-2393     Fax: (954) 735-

TTY (954) 584-
www.hendermi

☐ ADMINISTRATION   4740 N. State Rd. 7 • Suite 201 • Ft. Lauderdale, FL 33319 • Tel: (954) 486-4005 • Fax (954) 735-6717
☐ COMMUNITY SUPPORT PROGRAMS   1001 S. Andrews Ave. • Ft. Lauderdale, FL 33316 • Tel: (954) 761-1702 • Fax: (954) 761-1334



*Accredited by CARF*
*"The Rehabilitation Accreditation Commission"*

Evelyn Silvagnoli
1118 N.E. 1st Avenue
Fort Lauderdale, FL 33304

Dear Ms. Silvagnoli :

According to our records you did not attend your scheduled appointment on
April 3rd_____ at 9:00 am/pm. Please contact us as soon as possible
so that we may arrange another time which is convenient for you:

The telephone number to call to re-schedule your appointment is (954) 463-0911.

Thank you,

Tracie
Intake Secretary

CONFIDENTIAL

☒ CRISIS WALK-IN CENTER  1404 S. Andrews Ave. • Ft. Lauderdale, FL 33316 • Tel: (954) 463-0911 • Fax: (954) 463-4778 • TTY (954) 584-498

☐ NEW VISTAS          ☐ NORTH BRANCH         ☐ CENTRAL BRANCH       ☐ SOUTH BRANCH        ☐ YOUTH S?
2900 W. Prospect Road  2900 W. Prospect Road   330 S.W. 27th Avenue    1957 Jackson Street   4720 N. State
Ft. Lauderdale, FL 33309  Ft. Lauderdale, FL 33309  Ft. Lauderdale, FL 33312  Hollywood, FL 33020   Ft. Lauderdale
Tel: (954) 731-1000   Tel : (954) 730-HELP    Tel : (954) 791-4300    Tel.: (954) 921-2600  Tel.: (954) 73
Fax (954) 484-6554    Fax: (954) 677-7555     Fax (954) 791-7079      Fax (954) 977-2393    Fax: (954) 73

☐ ADMINISTRATION   4740 N State Rd. 7 • Suite 201 • Ft. Lauderdale, FL 33319 • Tel (954) 486-4005 • Fax (954) 735-6717
☐ COMMUNITY SUPPORT PROGRAM   4720 N State Road 7 • Ft. Lauderdale, FL 33319 • Tel (954) 730 PATH • Fax (954) 677-1822

www.hendermhc.org