FILED by _____ D.C.
DEC 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # *00-6184-CR-WDF*

DEFENDANT *C. Silvergnoli*       JUDGE    WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER     DATE *Dec 1 2000*

Court Reporter   Paul Haferling     USPO *D. Pratt*

AUSA *Bruce O. Brown*     Deft's Counsel *D. Wilcox FPD*

COUNTS DISMISSED    All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM    *Right to Appeal*

JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                          *27*    *one*
                *Credit for time served 6/26/00*

Supervised Release   *3 YRS. See § 9C for details*

Probation    Years    Months    Counts

Comments _____

Assessment $  *100.00*          Fine $  *None*

Restitution /Other _____

CUSTODY
X   Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: *That the ∆ is incarcerated at the FCI, Tallahassee, FLA*

*34*