PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 64479

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06184-001-FERGUSON

FILED by ___ D.C.

MAY 12 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: SILVAGNOLI, Evelyn

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge
United States District Court, Ft. Lauderdale, FL

Date of Original Sentence: December 1, 2000

Original Offense:      Importation of Cocaine, in violation of Title 21 U.S.C. § 952(a), a Class B felony.

Original Sentence:     Twenty-seven (27) months custody Bureau of Prisons followed by three (3) years of
supervised release.  Special conditions include: 1)Participation in mental
health/substance abuse treatment as directed by the U.S. Probation Office; 2)Provide
complete access to financial information, including disclosure of all business and
personal finances to the U.S. Probation Officer.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 10, 2002

## PETITIONING THE COURT

[]      To extend the term of supervision for __ years, for a total term of __ years.
[X]     To modify the conditions of supervision as follows:

The defendant shall participate in a Home Confinement Electronic Monitoring Program for a period of
90 days.  During this time the defendant shall remain at her place of residence except for employment
and other activities approved in advance by the United States Probation Officer.  The defendant shall
maintain a telephone at her place of residence without "call forwarding", "call waiting", a modem,
"caller ID", or "callback/call block" services for the above period.  The defendant shall wear an
electronic monitoring device and follow the electronic monitoring procedures specified by the United
States Probation Officer.  The fee for electronic monitoring shall be waived.



PROB 12B                                                                    SD/FL PACTS No. 64479
(SD/FL 9/96)

# CAUSE

On October 7, 2002, Ms. Silvagnoli began her 90 day placement at Spectrum, a residential treatment facility, due to illegal substance use.

On October 7, 2002, this officer and Ms. Silvagnoli discussed the completion of an additional 90 days of treatment so that she may receive the added benefit of a slow transition back into the community, as opposed to a 90 day placement in a Community Corrections Center, per the U.S. Probation Office's managed care guidelines for this needed transition. This officer felt that an additional 90 days of treatment, at the expense of the Department of Children and Families, would be more beneficial to Ms. Silvagnoli. Ms. Silvagnoli was in agreement, as she reported a fear of going to a Community Corrections Center.

On January 7, 2003, Ms. Silvagnoli was unsuccessfully discharged from Spectrum Programs, due to several behavioral incidences. Although she had completed the initial 90 days, as ordered by Your Honor, the program would not allow Ms. Silvagnoli to complete the subsequent treatment as was agreed upon, in lieu of a Community Corrections Center placement. As a result she was returned to the community.

It is believed that Ms. Silvagnoli's inappropriate behavior was an attempt to sabotage her treatment, thus causing her early termination from the program.

As a result of her unsuccessful discharge from the treatment program, this officer is requesting Home Confinement Electronic Monitoring as a sanction for her non-compliance with treatment recommendations. It is recommended that all fees associated with the Home Confinement Electronic Monitoring program be waived at this time, as a financial review proves Ms. Silvagnoli's income to minimal and inconsistent.

Respectfully submitted,

by

Patricia Brinson
U.S. Probation Officer
Phone: 954-769-5511
Date: February 12, 2003

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

06/11/03

_____
Date